IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY CHEMICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| OCI CHEMICAL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a), Fed. R. Civ. P., plaintiff Solvay Chemicals, Inc. ("Solvay") states that its direct and indirect parent corporations are Solvay Alkalis, Inc., Solvay America, Inc. and Solvay, S.A. and that the only publicly held corporations that own, directly or indirectly, 10% or more of Solvay's stock are Solvay, S.A. and Solvac, S.A.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel.: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Solvay Chemicals, Inc.*

OF COUNSEL:

Arthur I. Neustadt, Esq.
Jean-Paul Lavalleye, Esq.
Aarti Shah, Esq.
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000
Fax: (703) 413-2220

Dated: May 29, 2007
798181 /31867