IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY CHEMICALS, INC., | ) |
|       Plaintiff, | ) |
| v. | )   C.A. No. 07-343-*** |
| OCI CHEMICAL CORPORATION, | ) |
|       Defendant. | ) |

**FED.R.CIV.P. 7.1(a) DISCLOSURE STATEMENT OF
<u>DEFENDANT OCI CHEMICAL CORPORATION</u>**

Pursuant to Fed.R.Civ.P. 7.1(a), defendant OCI Chemical Corporation states that its parent corporation is OCI Enterprises, Inc., a Delaware corporation. The following publicly-held corporations hold 10% or more of the stock of OCI Enterprises, Inc.: DC Chemical Co., Ltd. and UNID Co., Ltd.

                                              ASHBY & GEDDES

                                              */s/ Steven J. Balick*

                                              _____
                                              Steven J. Balick (I.D. # 2114)
                                              John G. Day (I.D. #2403)
                                              Lauren E. Maguire (I.D. #4261)
                                              500 Delaware Avenue, 8th Floor
                                              P.O. Box 1150
                                              Wilmington, Delaware 19899
                                              (302) 654-1888

                                              *Attorneys for Defendant*
                                              *OCI CHEMICAL CORPORATION*

*Of Counsel:*

William H. Baumgartner, Jr.
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

DATED: July 18, 2007
182393.1