IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY CHEMICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-343-*** |
| ) | |
| OCI CHEMICAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Arthur I. Neustadt, Jean-Paul Lavalleye and Aarti Shah of Oblon Spivak McClelland Maier & Neustadt, P.C., 1940 Duke Street, Alexandria, VA, 22314, to represent plaintiff Solvay Chemicals, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel.: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: July 27, 2007
807474 /31867

*Attorneys for Solvay Chemicals, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 27, 2007            Signed: */s/ Arthur I. Neustadt*
                                        Arthur I. Neustadt
                                        Oblon, Spivak, Mcclelland,
                                        Maier & Neustadt, P.C.
                                        1940 Duke Street
                                        Alexandria, VA 22314
                                        Tel.: (703) 413-3000
                                        Fax: (703) 413-2220
                                        aneustadt@oblon.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 27, 2007    Signed: /s/ Jean-Paul Lavalleye
Jean-Paul Lavalleye
Oblon, Spivak, Mcclelland,
Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314
Tel.: (703) 413-3000
Fax: (703) 413-2220
jlavalleye@oblon.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 27, 2007         Signed: */s/ Aarti Shah*
Aarti Shah
Oblon, Spivak, Mcclelland,
Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314
Tel.: (703) 413-3000
Fax: (703) 413-2220
ashah@oblon.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 27, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on July 27, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Steven J. Balick<br>John G. Day<br>Lauren E. Maguire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com | William H. Baumgartner, Jr.<br>Sidley Austin LLP<br>1 S. Dearborn Street<br>Chicago, IL 60603<br>wbaumgartner@sidley.com |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

809406 / 32040