

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

August 22, 2007

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Mary Pat Thynge
U.S. District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

    Re: **Solvay Chemicals, Inc. v. OCI Chemical Corporation;
C. A. No. 07-343-\*\*\***

Dear Judge Thynge:

    In anticipation of the scheduling conference set for August 27, 2007 at 9:00 a.m., enclosed for Your Honor's consideration is the parties' proposed Scheduling Order for the above-referenced matter. Counsel are available at the Court's convenience if Your Honor has any questions.

                                        Respectfully submitted,

                                        /s/ *David E. Moore*

                                        David E. Moore

DEM:nmt/814194/31867
Enclosure
cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via e-filing)