IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOLVAY CHEMICALS, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-343-*** |
| OCI CHEMICAL CORPORATION, | : | |
| Defendant. | : | |

### ORDER

At Wilmington this **27th** day of **August, 2007**.

A scheduling teleconference was held on August 27, 2007. As a result of the discussions as contained in the transcript,

IT IS ORDERED that counsel is to advise by letter on or before **Wednesday, September 5, 2007** whether the parties are consenting to the jurisdiction of the magistrate judge for all litigation purposes, including for mediation. In light of the parties' decision, the purposed scheduling order filed by the parties will be issued with modifications.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE