

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

August 31, 2007

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
U.S. District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

> Re:  **Solvay Chemicals, Inc. v. OCI Chemical Corporation;
> C. A. No. 07-343-\*\*\***

Dear Judge Thynge:

    I am writing on behalf of the parties in response to your inquiry, during the initial scheduling teleconference, whether the parties would consent to Your Honor handling this matter for all purposes.  The parties have not been able to agree to such consent.

                      Respectfully submitted,

                        */s/ Richard L. Horwitz*

                      Richard L. Horwitz

816206/31867

cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via e-filing)