## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOLVAY CHEMICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-343-*** |
| | ) | |
| OCI CHEMICAL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned counsel for Plaintiff Solvay Chemicals, Inc. hereby certifies that true and correct copies of the following documents were caused to be served on September 19, 2007, on the attorneys of record at the following addresses in the manner indicated:

PLAINTIFF SOLVAY'S RULE 26(a)(1) INITIAL DISCLOSURES

**VIA HAND DELIVERY**

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

**VIA ELECTRONIC MAIL**

William H. Baumgartner, Jr.
Sidley Austin LLP
1 S. Dearborn Street
Chicago, IL 60603
wbaumgartner@sidley.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By: _/s/ Richard L. Horwitz_

Arthur I. Neustadt, Esq.
Jean-Paul Lavalleye, Esq.
Aarti Shah, Esq.
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel.: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated:  September 19, 2007
819948 / 31867

*Attorneys for Solvay Chemicals, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on September 19, 2007, the attached document

was electronically filed with the Clerk of the Court using CM/ECF which will send notification

to the registered attorney(s) of record that the document has been filed and is available for

viewing and downloading.

I hereby certify that on September 19, 2007, I have Electronically Mailed the document

to the following person(s):

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

William H. Baumgartner, Jr.
Sidley Austin LLP
1 S. Dearborn Street
Chicago, IL 60603
wbaumgartner@sidley.com

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

809406 / 31867