IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY CHEMICALS, INC., | ) |
|     Plaintiff, | ) ) ) |
| v. | )   C.A. No. 07-343-*** |
| OCI CHEMICAL CORPORATION, | ) ) ) |
|     Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 19th day of September, 2007, **DEFENDANT OCI CHEMICAL CORPORATION'S ELECTRONIC DISCOVERY DISCLOSURE** was served upon the following counsel of record at the address and in the manner indicated:

Richard L. Horwitz, Esquire                           HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Arthur I. Neustadt, Esquire                           VIA ELECTRONIC MAIL
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

ASHBY & GEDDES

/s/ Lauren E. Maguire
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone:  (302) 654-1888

*Attorneys for OCI Chemical Corporation*

*Of Counsel:*

William H. Baumgartner, Jr.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Ann M. Mace
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC  20005
Telephone:  (202) 736-8000
Facsimile:  (202) 736-8711

Dated:  September 19, 2007

182917.1