IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY CHEMICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-343-*** |
| ) | |
| OCI CHEMICAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

The undersigned counsel for Plaintiff Solvay Chemicals, Inc. hereby certifies that true and correct copies of the following documents were caused to be served on September 28, 2007, on the attorneys of record at the following addresses in the manner indicated:

PLAINTIFF SOLVAY'S ELECTRONIC DISCOVERY DISCLOSURE

**VIA ELECTRONIC MAIL**

Steven J. Balick
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com

William H. Baumgartner, Jr.
Sidley Austin LLP
1 S. Dearborn Street
Chicago, IL 60603
wbaumgartner@sidley.com

OF COUNSEL:

Arthur I. Neustadt, Esq.
Jean-Paul Lavalleye, Esq.
Aarti Shah, Esq.
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel.: (703) 413-3000

Dated: October 1, 2007
822269 / 31867

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    Tel.: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Solvay Chemicals, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 1, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on October 1, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Steven J. Balick | William H. Baumgartner, Jr. |
| John G. Day | Sidley Austin LLP |
| Lauren E. Maguire | 1 S. Dearborn Street |
| Ashby & Geddes | Chicago, IL 60603 |
| 500 Delaware Avenue, 8th Floor | wbaumgartner@sidley.com |
| Wilmington, DE 19899 | |
| sbalick@ashby-geddes.com | |
| jday@ashby-geddes.com | |
| lmaguire@ashby-geddes.com | |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

809406 / 31867