IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY CHEMICALS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-343-*** |
| OCI CHEMICAL CORPORATION, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

The undersigned counsel for Plaintiff Solvay Chemicals, Inc. hereby certifies that true and correct copies of the following documents were caused to be served on November 1, 2007, on the attorneys of record at the following addresses in the manner indicated:

    PLAINTIFF SOLVAY CHEMICALS, INC.'S RESPONSE TO DEFENDANT OCI CHEMICAL CORPORATION'S FIRST SET OF INTERROGATORIES

    PLAINTIFF SOLVAY CHEMICALS, INC.'S RESPONSE AND OBJECTIONS TO DEFENDANT OCI CHEMICAL CORPORATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

**VIA HAND DELIVERY**

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

**VIA ELECTRONIC MAIL**

William H. Baumgartner, Jr.
Sidley Austin LLP
1 S. Dearborn Street
Chicago, IL 60603
wbaumgartner@sidley.com

| | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL: | |
| | By: /s/ David E. Moore |
| Arthur I. Neustadt, Esq. | Richard L. Horwitz (#2246) |
| Jean-Paul Lavalleye, Esq. | David E. Moore (#3983) |
| Aarti Shah, Esq. | Hercules Plaza, 6th Floor |
| OBLON, SPIVAK, McCLELLAND, | 1313 N. Market Street |
| MAIER & NEUSTADT, P.C. | P.O. Box 951 |
| 1940 Duke St. | Wilmington, DE 19899-0951 |
| Alexandria, VA 22314 | Tel.: (302) 984-6000 |
| Tel.: (703) 413-3000 | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Dated: November 1, 2007 | |
| 827604/31867 | *Attorneys for Solvay Chemicals, Inc.* |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 1, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on November 1, 2007, I have Electronically Mailed the document to the following person(s):

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

William H. Baumgartner, Jr.
Sidley Austin LLP
1 S. Dearborn Street
Chicago, IL 60603
wbaumgartner@sidley.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

809406 / 31867