IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY CHEMICALS, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-343-*** |
| | ) |
| OCI CHEMICAL CORPORATION, | ) |
| | ) |
|     Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of John L. North and Ann G. Fort of Sutherland Asbill & Brennan LLP, 999 Peachtree Street NE, Atlanta, Georgia 30309 and Rachel Giesber Clingman and Richard T. Stilwell of Sutherland Asbill & Brennan LLP, 2 Houston Center, 909 Fannin Suite 2200, Houston, TX 77010, to represent plaintiff Solvay Chemicals, Inc. in this matter.

                                                POTTER ANDERSON & CORROON LLP

                                                By:   */s/ Richard L. Horwitz*
                                                       Richard L. Horwitz (#2246)
                                                       David E. Moore (#3983)
                                                       Hercules Plaza, 6th Floor
                                                       1313 N. Market Street
                                                       P. O. Box 951
                                                       Wilmington, DE 19899
                                                       (302) 984-6000
                                                       rhorwitz@potteranderson.com
                                                       dmoore@potteranderson.com

Dated: December 11, 2007
836638/31867

                                              *Attorneys for Plaintiff Solvay Chemicals, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                            _____
                                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: December 11, 2007    Signed: /s/ *John L. North*
John L. North
Sutherland Asbill & Brennan LLP
999 Peachtree Street
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
John.North@sablaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: December 11, 2007       Signed:   /s/ *Ann G. Fort*
                                        Ann G. Fort
                                        Sutherland Asbill & Brennan LLP
                                        999 Peachtree Street
                                        Atlanta, Georgia 30309-3996
                                        Telephone: (404) 853-8000
                                        Ann.Fort@sablaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: December 11, 2007      Signed:   /s/ *Rachel Giesber Clingman*
                                       Rachel Giesber Clingman
                                       Sutherland Asbill & Brennan LLP
                                       2 Houston Center
                                       909 Fannin Suite 2200
                                       Houston, TX 77010
                                       Telephone: (713) 470-6100
                                       rachel.clingman@sablaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion


Date: December 11, 2007        Signed:  /s/ *Richard T. Stilwell*
                                        Richard T. Stilwell
                                        Sutherland Asbill & Brennan LLP
                                        2 Houston Center
                                        909 Fannin Suite 2200
                                        Houston, TX 77010
                                        Telephone: (713) 470-6100
                                        Tom.Stilwell@sablaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on December 11, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on December 11, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Steven J. Balick<br>John G. Day<br>Lauren E. Maguire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com | William H. Baumgartner, Jr.<br>Sidley Austin LLP<br>1 S. Dearborn Street<br>Chicago, IL  60603<br>wbaumgartner@sidley.com |

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

809406 / 31867