IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY CHEMICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-343-*** |
| ) | |
| OCI CHEMICAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of December, 2007, **DEFENDANT OCI CHEMICAL CORPORATION'S SECOND SET OF INTERROGATORIES TO SOLVAY CHEMICALS, INC.** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899-0951 | **HAND DELIVERY** |
| John L. North, Esquire<br>Sutherland Asbill & Brennan LLP<br>999 Peachtree Street, NE<br>Atlanta, GA  30309 | **VIA ELECTRONIC MAIL** |
| Rachel Giesber Clingman, Esquire<br>2 Houston Center<br>909 Fannin Suite 2200<br>Houston, TX  77010 | **VIA ELECTRONIC MAIL** |

ASHBY & GEDDES

/s/ Lauren E. Maguire
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone:  (302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for OCI Chemical Corporation*

*Of Counsel:*

William H. Baumgartner, Jr.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

Ann M. Mace
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC  20005
Telephone:  (202) 736-8000

Dated:  December 21, 2007

182917.1