IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOLVAY CHEMICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-343-*** |
| | ) | |
| OCI CHEMICAL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned counsel for Plaintiff Solvay Chemicals, Inc. hereby certifies that true and correct copies of the following documents were caused to be served on January 29, 2008, on the attorneys of record at the following addresses in the manner indicated:

> PLAINTIFF SOLVAY CHEMICALS, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT OCI CHEMICAL CORPORATION'S SECOND SET OF INTERROGATORIES
>
> PLAINTIFF SOLVAY CHEMICALS, INC.'S RESPONSE AND OBJECTIONS TO DEFENDANT OCI CHEMICAL CORPORATION'S SECOND REQUESTS FOR PRODUCTION

### VIA HAND DELIVERY AND ELECTRONIC MAIL

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

**VIA ELECTRONIC MAIL**

William H. Baumgartner, Jr.
Sidley Austin LLP
1 S. Dearborn Street
Chicago, IL 60603
wbaumgartner@sidley.com

Ann M. Mace
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
amace@sidley.com

OF COUNSEL:

John L. North
Ann G. Fort
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street NE
Atlanta, GA 30309
Tel: (404) 853-8000

Rachel Giesber Clingman
Richard T. Stilwell
SUTHERLAND ASBILL & BRENNAN LLP
2 Houston Center
909 Fannin Suite 2200
Houston, TX 77010
Tel: (713) 470-6100

Dated: January 30, 2008
845318 /31867

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Solvay Chemicals, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 30, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on January 30, 2008, the attached document was Electronically Mailed to the following person(s):

Steven J. Balick
John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

William H. Baumgartner, Jr.
Sidley Austin LLP
1 S. Dearborn Street
Chicago, IL 60603
wbaumgartner@sidley.com

Ann M. Mace
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
amace@sidley.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

809406 / 31867