## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOLVAY CHEMICALS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-343-GMS |
| | : | |
| OCI CHEMICAL CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **5th** day of **March, 2008**.

IT IS ORDERED that the status teleconference scheduled for Monday, April 14, 2008 at 5:30 p.m. with Judge Thynge is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE