IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOLVAY CHEMICALS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-343-GMS ) ) |
| OCI CHEMICAL CORPORATION, | ) ) |
| Defendant. | ) |

## STIPULATED DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS

Pursuant to Federal Rules of Civil Procedure 41(a)(1) and 41(c), Plaintiff and Counterdefendant SOLVAY CHEMICALS, INC. and Defendant and Counterclaimant OCI CHEMICAL CORPORATION hereby stipulate to the dismissal with prejudice of all claims and counterclaims asserted by them in the above-styled action. Each side will bear its own attorneys' fees and costs.

Dated: July 15, 2008        POTTER ANDERSON & CORROON LLP

*/s/ Richard L. Horwitz*
_____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel.: (302) 984-6000/Fax: (302) 658-1192

{00229874;v1}

*Of Counsel:*

SUTHERLAND ASBILL & BRENNAN LLP
John L. North
Ann G. Fort
999 Peachtree Street NE
Atlanta, Georgia 30309-3996
Tel: (404) 853-8000/Fax: (404) 853-8806

Rachel Giesber Clingman
Richard T. Stilwell
2 Houston Center
909 Fannin Suite 2200
Houston, TX 77010
Tel: 713.470.6100

*Attorneys for Plaintiff Solvay Chemicals, Inc.*


ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888/Fax: (302) 654-2067

*Of Counsel*:

William H. Baumgartner, Jr.
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois 60603
(312) 853-7000/Fax: (312) 853-7036

*Attorneys for Defendant
OCI Chemical Corporation*